CHAMBERLAIN, HRDLICKA
WHITE, WILLIAMS & MARTIN
WILLIAM S. HELFAND. SBOT 09388250
RYAN O. CANTRELL, SBOT 24055259]
1200 Smith Street, Suite 1400
Houston, Texas  77002
Tel 713-658-1818/Fax 713-658-2553

MADE JS-6

SILVER & FREEDMAN
A PROFESSIONAL LAW CORPORATION
BETH A. SCHROEDER, CSB 119504
LANE E. BENDER, CSB 176057
2029 Century Park East, 19th Floor
Los Angeles, California  90067-3005
Tel 310.282.9400 / Fax 310.282.2500

Attorneys for Defendant
GC SERVICES, L.P.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TAMI NYBERG, | CASE NO. CV 09-4399-GW (SSx) |
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | Courtroom:     10 |
| GC SERVICES, L.P., | Assigned to the Honorable George H. Wu |
| Defendants. | Action Filed:   October 21, 2008<br>Trial Date:      January 26, 2010 |

## **FINAL JUDGMENT**

In light of the Agreed Stipulation of Dismissal with Prejudice entered into and filed by the parties in this action, and the settlement agreement between the parties in this action, it is;

**PROPOSED FINAL JUDGMENT**

1  **ORDERED,** that any and all claims or causes of action with Plaintiff
2  TAMO NYBERG has asserted in this action are hereby dismissed, with
3  prejudice.
4  **ORDERED** that all costs, including attorney's fees and expenses, are
5  to be taxed against the party incurring the same.
6  ///
7  **THIS IS A FINAL JUDGMENT.**
8  ///
9  SIGNED this 3rd day of May, 2010.

_____
HONORABLE GEORGE H. WU